720 A.2d 338

IN THE MATTER OF HARVEY B. GOLDBERG,
AN ATTORNEY AT LAW.

November 19, 1998.

## ORDER

**HARVEY B. GOLDBERG** of **FORT MYERS, FLORIDA,** who was admitted to the bar of this State in 1963, having entered a plea of guilty to a single count of filing a fraudulent statement with a federally insured financial institution, in violation of 18 *U.S.C.A.* 1014, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **HARVEY B. GOLDBERG** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him

and until the further Order of this Court, effective immediately; and it is further

ORDERED that **HARVEY B. GOLDBERG** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **HARVEY B. GOLDBERG** comply with *Rule* 1:20–20 dealing with suspended attorneys.